UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BILLIE A. PRITCHETT                                CIVIL ACTION

VERSUS                                             NO: 06-10504

DOLLAR GENERAL CORPORATION &                       SECTION: "A" (1)
JANE DOE

### ORDER AND REASONS

Before the Court is a **Motion to Remand (Rec. Doc. 16)** filed by plaintiff Billie A. Pritchett. Defendant Dolgencorp, Inc., improperly referred to as Dollar General Corporation ("Dollar General"), opposes the motion. The motion, set for hearing on February 21, 2007, is before the Court on the briefs without oral argument.

On January 24, 2007, the Court entered an order denying Plaintiff's motion to remand. In that order the Court explained that 28 U.S.C. § 1441(a) unequivocally states that "[f]or purposes of removal . . ., the citizenship of defendants sued under fictitious names shall be disregarded." 28 U.S.C.A. § 1441(a) (West 2006). (Rec. Doc. 9). Thus, the presence of "Jane Doe" in the lawsuit did not preclude removal. However, the Court also noted that remand is appropriate when a substituted "Doe" defendant destroys diversity. Doleac v. Michalson, 264 F.3d 470, 477 (5th Cir. 2001).

On January 25, 2007, Plaintiff amended her complaint to

substitute actual parties for the Doe defendant named in the original petition.  The new defendants are citizens of Louisiana as is Plaintiff.  Consequently, the Court lacks subject matter jurisdiction over this action.

Accordingly;

**IT IS ORDERED** that the **Motion to Remand (Rec. Doc. 16)** filed by plaintiff Billie A. Pritchett should be and is hereby **GRANTED**. The request for costs is denied.

February 22, 2007

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

2